IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
NOV 1 5 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| LORI HENINGBURG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 1:13-CV-02184-ODE |
| CSS CORP. and JOHN O. AGULUE | ) ) ) |
| Defendants. | ) ) |

**ORDER APPROVING SETTLEMENT
AND DISMISSAL OF CASE WITH PREJUDICE**

Upon review of the Joint Motion to Approve Settlement, and upon the review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the Parties' Joint Motion is hereby **GRANTED**.  Thus, it is **ORDERED** that the referenced Settlement and Release Agreement is **APPROVED** and this action is hereby dismissed with prejudice.

This _15_ day of _November_, 2016.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE